# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK J. FLYNN, et al., <br><br> Defendants. | Case No.: 19cv991-LAB (BLM) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 12]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 12. This action is **DISMISSED WITH PREJUDICE** as to all parties, with each party to bear its own costs and fees. FRCP 41(a).

**IT IS SO ORDERED**.

Dated: October 2, 2019

*[signature]*

**Hon. Larry Alan Burns**
Chief United States District Judge